No. 11–9600. LANDRY *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–9614. LAND *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–9624. LEWIS *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 11–9781. REARDON *v.* LEASON ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9791. DELESTRE *v.* RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 11–9828. DESCAMPS *v.* BUSH ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9832. BELTRAN VALDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9867. CONTRERAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9871. BALLARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9875. ALMLY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9881. COLE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9883. AUGUSTINE *v.* UNITED STATES; and
No. 11–9913. BATISTE ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 661 F. 3d 1105.

No. 11–9884. LILES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9888. SCHAFF *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9891. MCRAE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9893. QUINTERO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.